UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAED ALI MIRREH,<br><br>Defendant. | NO. CR26-120 RAJ<br><br>INFORMATION |

The United States charges that:

## COUNT 1

**(Conspiracy to Provide Material Support to Designated Foreign Terrorist Organization)**

From a date unknown, but by at least on or about July 24, 2025, to on or about November 4, 2025, in the Western District of Washington, the District of New Jersey, and elsewhere, SAED ALI MIRREH, with others known and unknown, knowingly conspired to provide "material support or resources," as that term is defined by Title 18, United States Code, Section 2339A(b)(1), that is, personnel (to include himself and others), to a foreign terrorist organization, namely, the Islamic State of Iraq and al Sham, knowing that the organization was a designated foreign terrorist organization and that the organization had engaged in and was engaging in terrorist activity and terrorism.

All in violation of Title 18, United States Code, Section 2339B(a)(1).

Information - 1
*United States v. Mirreh*, CR26-120 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture.

Upon conviction of the terrorism offense alleged in Count 1, SAED ALI MIRREH shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(G), by way of Title 28, United States Code, Section 2461(c), all right, title, and interest in all assets, foreign or domestic: (i) of any individual, entity or organization engaged in planning or perpetrating any Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property, and all assets, foreign or domestic, affording Defendant a source of influence over any such entity or organization; (ii) acquired or maintained by Defendant with the intent and for the purpose of supporting, planning, conducting, or concealing any Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property; (iii) derived from, involved in, or used or intended to be used to commit any Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)) against the United States, citizens or residents of the United States, or their property; or (iv) of any individual, entity or organization engaged

//

//

//

Information - 2
*United States v. Mirreh*, CR26-120 RAJ

in planning or perpetrating any act of international terrorism (as defined in 18 U.S.C. § 2331) against any international organization (as defined in 22 U.S.C. § 4309(b)) or against any foreign Government.

DATED this ___7th___ day of July, 2026.


_____
SARAH Y. VOGEL
Criminal Chief Assistant U.S. Attorney


_____
TODD GREENBERG
Assistant United States Attorney

Information - 3
*United States v. Mirreh*, CR26-120 RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970